**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: LATO, FRANK G., III | § | Case No. 13-28806-CD |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 18, 2013. The undersigned trustee was appointed on July 24, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         25,009.14

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 12.08 |
| Bank service fees | 440.26 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 7,500.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 17,056.80 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/28/2014 and the deadline for filing governmental claims was 03/28/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,500.91. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,500.91, for a total compensation of $2,500.91.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/29/2015     By: /s/EUGENE CRANE
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-28806-CD  
**Case Name:** LATO, FRANK G., III  

**Period Ending:** 05/29/15

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 07/18/13 (f)  
**§341(a) Meeting Date:** 09/03/13  
**Claims Bar Date:** 03/28/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Single family home 2 bedrooms and 1 bath located  Imported from original petition Doc# 1 | 205,000.00 | 52,224.00 | | 0.00 | FA |
| 2 | Cash on hand  Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 3 | Chase Checking Account  Imported from original petition Doc# 1 | 15.00 | 0.00 | | 0.00 | FA |
| 4 | Chase Savings Account  Imported from original petition Doc# 1 | 29.00 | 0.00 | | 0.00 | FA |
| 5 | miscellaneous household goods including: luggage  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Couch Furniture financed with Value City Furnitu  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing Apparel  Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Men's watch and silver chain  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Western & Southern Term Life Insurance No cash s  Imported from original petition Doc# 1 | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 10 | 401(k)  Imported from original petition Doc# 1 | 57,000.00 | 0.00 | | 0.00 | FA |
| 11 | 457 Pension Plan  Imported from original petition Doc# 1 | 10,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2005 Chrysler Sebring, Convertible GTC, 2 doors,  Imported from original petition Doc# 1 | 3,566.00 | 0.00 | | 0.00 | FA |
| 13 | 2012 GMC Terrain, SLE Sport Utility 4D, 2,050 mi  Imported from original petition Doc# 1 | 11,363.00 | 0.00 | | 0.00 | FA |
| 14 | 2013 Dodge Journey, AVP Sport Utility 4D, 5,650  Imported from original petition Doc# 1 | 17,333.00 | 0.00 | | 0.00 | FA |
| 15 | DIvorce settlement on sale of marital home | Unknown | Unknown | | 25,009.14 | FA |
| **15** | **Assets** Totals (Excluding unknown values) | **$320,166.00** | **$67,224.00** | | **$25,009.14** | **$0.00** |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-28806-CD  
**Case Name:** LATO, FRANK G., III  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 07/18/13 (f)  
**§341(a) Meeting Date:** 09/03/13  

**Period Ending:** 05/29/15  
**Claims Bar Date:** 03/28/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

03/31/2015: Exemption paid to ex-wife.  Will check tax liability, and then prepare case for closing (dk)

03/31/2014: Filed MT objecting to exemption on escrow proceeds. Debtor has filed a response.  Settlement reached between parties, MT to be filed. (dk)

02/11/14: MT to Lift Stay on Dodge Journey automobile entered (dk)

12/20/13: Divorce proceedings trial underway.  Ttee will receive $25,000 from divorce escrow.  Will file Bar Date Notice (dk).

09/17: File MT to Extend Time to Object to Discharge (dk)

08/08: Filed MT to Employ CHSW&C; up on 08/20 (dk)

**Initial Projected Date Of Final Report (TFR):**     February 28, 2015          **Current Projected Date Of Final Report (TFR):**     December 31, 2015

Printed: 05/29/2015 02:30 PM     V.13.23

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-28806-CD  
**Case Name:** LATO, FRANK G., III  

**Taxpayer ID #:** **-***2739  
**Period Ending:** 05/29/15  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6566 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/14 | {15} | Law Offices of Laurel B. Rector | Divorce Settlement from sale of marital home | 1110-000 | 25,009.14 | | 25,009.14 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.17 | 24,983.97 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.53 | 24,950.44 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.68 | 24,915.76 |
| 04/29/14 | 101 | Kelly Wronkowski | Homestead Exemption for Frank Lato | 8100-002 | | 7,500.00 | 17,415.76 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.22 | 17,377.54 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.18 | 17,345.36 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.11 | 17,321.25 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.40 | 17,293.85 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.04 | 17,269.81 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.49 | 17,243.32 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.62 | 17,217.70 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.28 | 17,195.42 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.03 | 17,167.39 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.69 | 17,142.70 |
| 02/19/15 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #13-28806, Bond # 10BSBGR6291 | 2300-000 | | 12.08 | 17,130.62 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.01 | 17,107.61 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.25 | 17,081.36 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.56 | 17,056.80 |
| | | | ACCOUNT TOTALS | | 25,009.14 | 7,952.34 | $17,056.80 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 25,009.14 | 7,952.34 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | NET Receipts / Disbursements | | $25,009.14 | $452.34 | |

Net Receipts : 25,009.14  
Less Payments to Debtor : 7,500.00  

Net Estate : $17,509.14  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******6566 | 25,009.14 | 452.34 | 17,056.80 |
| | $25,009.14 | $452.34 | $17,056.80 |

{} Asset reference(s)

# Claims Proposed Distribution

## Case: 13-28806-CD    LATO, FRANK G., III

**Case Balance:** $17,056.80    **Total Proposed Payment:** $17,056.80    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 71.29 | 71.29 | 0.00 | 71.29 | 71.29 | 16,985.51 |
|  | <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 12,779.00 | 12,779.00 | 0.00 | 12,779.00 | 12,779.00 | 4,206.51 |
|  | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | EUGENE CRANE | Admin Ch. 7 | 2,500.91 | 2,500.91 | 0.00 | 2,500.91 | 2,500.91 | 1,705.60 |
|  | <2100-00  Trustee Compensation> | | | | | | | |
| 1 | Quantum3 Group LLC as agent for | Unsecured | 1,562.00 | 1,562.00 | 0.00 | 1,562.00 | 119.68 | 1,585.92 |
| 2 | Credit First NA | Unsecured | 251.05 | 251.05 | 0.00 | 251.05 | 19.23 | 1,566.69 |
| 3 | CAPITAL ONE, N.A. | Unsecured | 1,589.05 | 1,589.05 | 0.00 | 1,589.05 | 121.74 | 1,444.95 |
| 4 | Capital One, N.A. | Unsecured | 1,162.91 | 1,162.91 | 0.00 | 1,162.91 | 89.09 | 1,355.86 |
| 5 | Santander Consumer USA Inc. | Unsecured | 6,513.55 | 6,513.55 | 0.00 | 6,513.55 | 499.01 | 856.85 |
| 6 | Capital Recovery V, LLC | Unsecured | 2,532.02 | 2,532.02 | 0.00 | 2,532.02 | 193.98 | 662.87 |
| 7 | Capital Recovery V, LLC | Unsecured | 1,025.07 | 1,025.07 | 0.00 | 1,025.07 | 78.53 | 584.34 |
| 8 | Capital Recovery V, LLC | Unsecured | 6,606.60 | 6,606.60 | 0.00 | 6,606.60 | 506.14 | 78.20 |
| 9 | Capital Recovery V, LLC | Unsecured | 328.15 | 328.15 | 0.00 | 328.15 | 25.14 | 53.06 |
| 10 | American InfoSource LP as agent for | Unsecured | 692.55 | 692.55 | 0.00 | 692.55 | 53.06 | 0.00 |
|  | **Total for Case 13-28806 :** | | **$37,614.15** | **$37,614.15** | **$0.00** | **$37,614.15** | **$17,056.80** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $15,351.20 | $15,351.20 | $0.00 | $15,351.20 | 100.000000% |
| **Total Unsecured Claims :** | $22,262.95 | $22,262.95 | $0.00 | $1,705.60 | 7.661159% |

**TRUSTEE'S PROPOSED DISTRIBUTION** Exhibit D

Case No.: 13-28806-CD
Case Name: LATO, FRANK G., III
Trustee Name: EUGENE CRANE

**Balance on hand:** $ 17,056.80

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 17,056.80

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 2,500.91 | 0.00 | 2,500.91 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 12,779.00 | 0.00 | 12,779.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 71.29 | 0.00 | 71.29 |

Total to be paid for chapter 7 administration expenses: $ 15,351.20
Remaining balance: $ 1,705.60

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,705.60

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,705.60

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,262.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 1,562.00 | 0.00 | 119.68 |
| 2 | Credit First NA | 251.05 | 0.00 | 19.23 |
| 3 | CAPITAL ONE, N.A. | 1,589.05 | 0.00 | 121.74 |
| 4 | Capital One, N.A. | 1,162.91 | 0.00 | 89.09 |
| 5 | Santander Consumer USA Inc. | 6,513.55 | 0.00 | 499.01 |
| 6 | Capital Recovery V, LLC | 2,532.02 | 0.00 | 193.98 |
| 7 | Capital Recovery V, LLC | 1,025.07 | 0.00 | 78.53 |
| 8 | Capital Recovery V, LLC | 6,606.60 | 0.00 | 506.14 |
| 9 | Capital Recovery V, LLC | 328.15 | 0.00 | 25.14 |
| 10 | American InfoSource LP as agent for | 692.55 | 0.00 | 53.06 |

Total to be paid for timely general unsecured claims: $ 1,705.60
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for subordinated claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**