**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:   LATO, FRANK G., III           §   Case No. 13-28806-CD
                                       §
                                       §
Debtor(s)                              §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 07/07/2015 in Courtroom 619, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/08/2015          By:   /s/Eugene Crane
                                       Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LATO, FRANK G., III   § Case No. 13-28806-CD
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $ 25,009.14

*and approved disbursements of*   $ 7,952.34

*leaving a balance on hand of* [1]   $ 17,056.80

**Balance on hand:**   $ 17,056.80

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 17,056.80

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 2,500.91 | 0.00 | 2,500.91 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 12,779.00 | 0.00 | 12,779.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 71.29 | 0.00 | 71.29 |

Total to be paid for chapter 7 administration expenses:   $ 15,351.20
Remaining balance:   $ 1,705.60

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,705.60

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,705.60

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,262.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 1,562.00 | 0.00 | 119.68 |
| 2 | Credit First NA | 251.05 | 0.00 | 19.23 |
| 3 | CAPITAL ONE, N.A. | 1,589.05 | 0.00 | 121.74 |
| 4 | Capital One, N.A. | 1,162.91 | 0.00 | 89.09 |
| 5 | Santander Consumer USA Inc. | 6,513.55 | 0.00 | 499.01 |
| 6 | Capital Recovery V, LLC | 2,532.02 | 0.00 | 193.98 |
| 7 | Capital Recovery V, LLC | 1,025.07 | 0.00 | 78.53 |
| 8 | Capital Recovery V, LLC | 6,606.60 | 0.00 | 506.14 |
| 9 | Capital Recovery V, LLC | 328.15 | 0.00 | 25.14 |
| 10 | American InfoSource LP as agent for | 692.55 | 0.00 | 53.06 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 1,705.60 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-28806-DRC
Frank G. Lato, III                                                    Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen              Page 1 of 2              Date Rcvd: Jun 09, 2015
                              Form ID: pdf006           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2015.
```
db         +Frank G. Lato, III,    2551 Wellington Avenue,    Westchester, IL 60154-4956
aty        +Crane Heyman Simon Welch & Clar,    135 S Lasalle St Ste 1540,    Chicago, IL 60603-4101
20746056   +Beerman, Pritkin, Mirabel, Swerdlov,    161 N. Clark Street,    Suite 2600,
             Chicago, IL 60601-3297
21579594   +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
21600149    Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20746058   +Capital One/Menards,    P.O Box 30253,    Salt Lake City, UT 84130-0253
20746059   +Citicards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
20746060   +Comenity Bank/Value City Furniture,    P.O Box 182789,    Columbus, OH 43218-2789
20746061   +Credit First,    P.O Box 81315,    Cleveland, OH 44181-0315
21420089   +Credit First NA,    Po Box 818011,    Cleveland, OH 44181-8011
20746062   +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
20746066   +GECRB/Walmart Dual,    P.O Box 965024,    Orlando, FL 32896-5024
20746070   +Laurel Rector Black,    53 W. Jackson,    Suite #518,    Chicago, IL 60604-3420
20746071   +Liberty Bank for Savings,    2392 N. Milwaukee Avenue,    Chicago, IL 60647-2979
20746072   +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
20746073   +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
20746074   +Sears/CBNA,    P.O Box 6282,    Sioux Falls, SD 57117-6282
20746075   +Shell/Citibank CBNA,    P.O Box 6497,    Sioux Falls, SD 57117-6497
20746077   +TD Bank USA/Target Credit,    P.O Box 673,    Minneapolis, MN 55440-0673
20746078   +The Payday Loan Store of Illinois,    446 E. Roosevelt Road,    Lombard, IL 60148-4630
20746079   +The Payday Loan Store of Illinois,    17 W. 625 Roosevelt Road,
             OakBrook Terrace, IL 60181-3545
20746081  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,     425 Walnut Street,    CN WN 15,    Cincinnati, OH 45202)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21714575     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 10 2015 01:21:23
             American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
             Oklahoma City, OK  73124-8866
20746057   +E-mail/Text: coafinternalbkteam@capitaloneauto.com Jun 10 2015 01:19:02
             Capital One Auto Finance,    Attn: Credit Bureau,    3905 Dallas Pkwy,    Plano, TX 75093-7892
23047907   +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 10 2015 01:32:02
             Capital One Auto Finance, a division of Capital On,     P.O. Box 201347,
             Arlington, TX 76006-1347
21695122     E-mail/PDF: rmscedi@recoverycorp.com Jun 10 2015 01:13:00        Capital Recovery V, LLC,
             c/o Recovery Management Systems Corp.,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20746063   +E-mail/PDF: gecsedi@recoverycorp.com Jun 10 2015 01:13:10       GE Capital Retail Bank/ WALMART,
             P.O Box 103104,    Roswell, GA 30076-9104
20746064   +E-mail/PDF: gecsedi@recoverycorp.com Jun 10 2015 01:13:10       GECRB/Amazon PLCC,
             P.O Box 965015,    Orlando, FL 32896-5015
20746065   +E-mail/PDF: gecsedi@recoverycorp.com Jun 10 2015 01:12:36       GECRB/HHGREG,    P.O Box 965036,
             Orlando, FL 32896-5036
20790033   +E-mail/Text: DJW@DWINTERLAW.COM Jun 10 2015 01:19:01       Kelly Lato,    c/o Daniel J. Winter,
             53 W. Jackson Blvd. #725,    Chicago, IL 60604-3476
20746069   +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 10 2015 01:16:25        Kohls/Capone,
             P.O Box 3115,    Milwaukee, WI 53201-3115
21373673     E-mail/Text: bnc-quantum@quantum3group.com Jun 10 2015 01:17:01
             Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
20746076     E-mail/PDF: cbp@springleaf.com Jun 10 2015 01:12:36       Springleaf Financial Services,
             7412 N. Western Avenue,    Chicago, IL 60645
                                                                                                TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20746068*    +Kelly Lato,    5341 N. Canfield Avenue,    Chicago, IL 60656-1665
20746080*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,     Cb Disputes,    P.O Box 108,    Saint Louis, MO 63166)
20746067    ##+Kelly Lato,    5341 N. Canfield Ave.,    Chicago, IL 60656-1665
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: cgreen              Page 2 of 2              Date Rcvd: Jun 09, 2015
                              Form ID: pdf006           Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2015                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2015 at the address(es) listed below:
              Angela  Spalding    on behalf of Debtor Frank G. Lato, III angela@spaldinglawcenter.com,
               courtmail@spaldinglawcenter.com;delilah@spaldinglawcenter.com
              Daniel J Winter    on behalf of Creditor Kelly  Lato djw@dwinterlaw.com,   djwlaw@gmail.com,
               r.m.engelmann@gmail.com,lgdanwinter@gmail.com,kasiadanwinter@gmail.com
              David J Frankel    on behalf of Creditor   Santander Consumer USA Inc. dfrankel@sormanfrankel.com,
               ckauffman@sormanfrankel.com
              Eugene  Crane    on behalf of Trustee Eugene  Crane ecrane@craneheyman.com,
               jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
              Eugene  Crane    ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Jeffrey C Dan    on behalf of Trustee Eugene  Crane jdan@craneheyman.com,
               gbalderas@craneheyman.com;dwelch@craneheyman.com;jmunoz@craneheyman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard K Gustafson, II    on behalf of Debtor Frank G. Lato, III rickg@gustafsonlc.com,
               G7449@notify.cincompass.com
                                                                                             TOTAL: 8
```