**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LATO, FRANK G., III                                § Case No. 13-28806-CD
                                                          §
                                                          §
                                                          §
Debtor(s)                                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $320,166.00                          Assets Exempt: $85,970.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,705.60             Claims Discharged
                                                       Without Payment: $54,763.94

Total Expenses of Administration: $15,803.54

---

    3) Total gross receipts of $ 25,009.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,500.00 (see **Exhibit 2**), yielded net receipts of $17,509.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $157,970.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,803.54 | 15,803.54 | 15,803.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 69,763.64 | 22,262.95 | 22,262.95 | 1,705.60 |
| **TOTAL DISBURSEMENTS** | $228,733.64 | $38,066.49 | $38,066.49 | $17,509.14 |

    4) This case was originally filed under Chapter 7 on July 18, 2013. The case was pending for 24 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/13/2015        By: /s/EUGENE CRANE
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| DIvorce settlement on sale of marital home | 1110-000 | 25,009.14 |
| **TOTAL GROSS RECEIPTS** | | **$25,009.14** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kelly Wronkowski | Homestead Exemption for Frank Lato | 8100-002 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,500.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Capital One Auto Finance | 4110-000 | 20,194.00 | N/A | N/A | 0.00 |
| NOTFILED | Liberty Bank for Savings | 4110-000 | 137,776.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$157,970.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 2,500.91 | 2,500.91 | 2,500.91 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 12,779.00 | 12,779.00 | 12,779.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 71.29 | 71.29 | 71.29 |
| Rabobank, N.A. | 2600-000 | N/A | 25.17 | 25.17 | 25.17 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | | 33.53 | 33.53 | 33.53 |
| Rabobank, N.A. | 2600-000 | N/A | | 34.68 | 34.68 | 34.68 |
| Rabobank, N.A. | 2600-000 | N/A | | 38.22 | 38.22 | 38.22 |
| Rabobank, N.A. | 2600-000 | N/A | | 32.18 | 32.18 | 32.18 |
| Rabobank, N.A. | 2600-000 | N/A | | 24.11 | 24.11 | 24.11 |
| Rabobank, N.A. | 2600-000 | N/A | | 27.40 | 27.40 | 27.40 |
| Rabobank, N.A. | 2600-000 | N/A | | 24.04 | 24.04 | 24.04 |
| Rabobank, N.A. | 2600-000 | N/A | | 26.49 | 26.49 | 26.49 |
| Rabobank, N.A. | 2600-000 | N/A | | 25.62 | 25.62 | 25.62 |
| Rabobank, N.A. | 2600-000 | N/A | | 22.28 | 22.28 | 22.28 |
| Rabobank, N.A. | 2600-000 | N/A | | 28.03 | 28.03 | 28.03 |
| Rabobank, N.A. | 2600-000 | N/A | | 24.69 | 24.69 | 24.69 |
| Arthur B. Levine Company | 2300-000 | N/A | | 12.08 | 12.08 | 12.08 |
| Rabobank, N.A. | 2600-000 | N/A | | 23.01 | 23.01 | 23.01 |
| Rabobank, N.A. | 2600-000 | N/A | | 26.25 | 26.25 | 26.25 |
| Rabobank, N.A. | 2600-000 | N/A | | 24.56 | 24.56 | 24.56 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $15,803.54 | $15,803.54 | $15,803.54 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Kelly Lato | 5200-000 | 1,000.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,000.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | 1,600.00 | 1,562.00 | 1,562.00 | 119.68 |
| 2 | Credit First NA | 7100-000 | 273.00 | 251.05 | 251.05 | 19.23 |
| 3 | CAPITAL ONE, N.A. | 7100-000 | 1,554.05 | 1,589.05 | 1,589.05 | 121.74 |
| 4 | Capital One, N.A. | 7100-000 | 968.00 | 1,162.91 | 1,162.91 | 89.09 |
| 5 | Santander Consumer USA Inc. | 7100-000 | 22,492.00 | 6,513.55 | 6,513.55 | 499.01 |
| 6 | Capital Recovery V, LLC | 7100-000 | 1,992.00 | 2,532.02 | 2,532.02 | 193.98 |
| 7 | Capital Recovery V, LLC | 7100-000 | 757.00 | 1,025.07 | 1,025.07 | 78.53 |
| 8 | Capital Recovery V, LLC | 7100-000 | 6,668.00 | 6,606.60 | 6,606.60 | 506.14 |
| 9 | Capital Recovery V, LLC | 7100-000 | 0.00 | 328.15 | 328.15 | 25.14 |
| 10 | American InfoSource LP as agent for | 7100-000 | 253.00 | 692.55 | 692.55 | 53.06 |
| NOTFILED | Northland Group Inc. | 7100-000 | 1,604.48 | N/A | N/A | 0.00 |
| NOTFILED | Sears/CBNA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Liberty Bank for Savings | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Shell/Citibank CBNA | 7100-000 | 588.00 | N/A | N/A | 0.00 |
| NOTFILED | Laurel Rector Black | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | The Payday Loan Store of Illinois | 7100-000 | 4,775.92 | N/A | N/A | 0.00 |
| NOTFILED | Springleaf Financial Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank CB Disputes | 7100-000 | 2,483.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank Cb Disputes | 7100-000 | 7,766.00 | N/A | N/A | 0.00 |
| NOTFILED | EOS CCA | 7100-000 | 66.00 | N/A | N/A | 0.00 |
| NOTFILED | The Payday Loan Store of Illinois | 7100-000 | 999.19 | N/A | N/A | 0.00 |
| NOTFILED | Citicards CBNA | 7100-000 | 3,649.00 | N/A | N/A | 0.00 |
| NOTFILED | Beerman, Pritkin, Mirabel, Swerdlov | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One/Menards | 7100-000 | 1,275.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$69,763.64** | **$22,262.95** | **$22,262.95** | **$1,705.60** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-28806-CD  
**Case Name:** LATO, FRANK G., III  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 07/18/13 (f)  
**§341(a) Meeting Date:** 09/03/13  

**Period Ending:** 08/13/15  
**Claims Bar Date:** 03/28/14  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Single family home 2 bedrooms and 1 bath located  Imported from original petition Doc# 1 | 205,000.00 | 52,224.00 | | 0.00 | FA |
| 2  Cash on hand  Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 3  Chase Checking Account  Imported from original petition Doc# 1 | 15.00 | 0.00 | | 0.00 | FA |
| 4  Chase Savings Account  Imported from original petition Doc# 1 | 29.00 | 0.00 | | 0.00 | FA |
| 5  miscellaneous household goods including: luggage  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 6  Couch Furniture financed with Value City Furnitu  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7  Clothing Apparel  Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 8  Men's watch and silver chain  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 9  Western & Southern Term Life Insurance No cash s  Imported from original petition Doc# 1 | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 10  401(k)  Imported from original petition Doc# 1 | 57,000.00 | 0.00 | | 0.00 | FA |
| 11  457 Pension Plan  Imported from original petition Doc# 1 | 10,000.00 | 0.00 | | 0.00 | FA |
| 12  2005 Chrysler Sebring, Convertible GTC, 2 doors,  Imported from original petition Doc# 1 | 3,566.00 | 0.00 | | 0.00 | FA |
| 13  2012 GMC Terrain, SLE Sport Utility 4D, 2,050 mi  Imported from original petition Doc# 1 | 11,363.00 | 0.00 | | 0.00 | FA |
| 14  2013 Dodge Journey, AVP Sport Utility 4D, 5,650  Imported from original petition Doc# 1 | 17,333.00 | 0.00 | | 0.00 | FA |
| 15  DIvorce settlement on sale of marital home | Unknown | Unknown | | 25,009.14 | FA |
| **15  Assets  Totals** (Excluding unknown values) | **$320,166.00** | **$67,224.00** | | **$25,009.14** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-28806-CD  **Trustee:** (330350) EUGENE CRANE
**Case Name:** LATO, FRANK G., III  **Filed (f) or Converted (c):** 07/18/13 (f)
 **§341(a) Meeting Date:** 09/03/13
**Period Ending:** 08/13/15  **Claims Bar Date:** 03/28/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

    07/08/2015: Hearing held, orders entered, checks cut to creditors and Trustee, attorney. (dk)

    05/29/2015: Filed TFR with USTO (dk)

    03/31/2015: Exemption paid to ex-wife. Will check tax liability, and then prepare case for closing (dk)

    03/31/2014: Filed MT objecting to exemption on escrow proceeds. Debtor has filed a response. Settlement reached between parties, MT to be filed. (dk)

    02/11/14: MT to Lift Stay on Dodge Journey automobile entered (dk)

    12/20/13: Divorce proceedings trial underway. Ttee will receive $25,000 from divorce escrow. Will file Bar Date Notice (dk).

    09/17: File MT to Extend Time to Object to Discharge (dk)

    08/08: Filed MT to Employ CHSW&C; up on 08/20 (dk)

**Initial Projected Date Of Final Report (TFR):** February 28, 2015  **Current Projected Date Of Final Report (TFR):** June 5, 2015 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-28806-CD  
**Case Name:** LATO, FRANK G., III  

**Taxpayer ID #:** **-***2739  
**Period Ending:** 08/13/15  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6566 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/14 | {15} | Law Offices of Laurel B. Rector | Divorce Settlement from sale of marital home | 1110-000 | 25,009.14 | | 25,009.14 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.17 | 24,983.97 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.53 | 24,950.44 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.68 | 24,915.76 |
| 04/29/14 | 101 | Kelly Wronkowski | Homestead Exemption for Frank Lato | 8100-002 | | 7,500.00 | 17,415.76 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.22 | 17,377.54 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.18 | 17,345.36 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.11 | 17,321.25 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.40 | 17,293.85 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.04 | 17,269.81 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.49 | 17,243.32 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.62 | 17,217.70 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.28 | 17,195.42 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.03 | 17,167.39 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.69 | 17,142.70 |
| 02/19/15 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #13-28806, Bond # 10BSBGR6291 | 2300-000 | | 12.08 | 17,130.62 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.01 | 17,107.61 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.25 | 17,081.36 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.56 | 17,056.80 |
| 07/08/15 | 103 | EUGENE CRANE | Dividend paid 100.00% on $2,500.91, Trustee Compensation; Reference: | 2100-000 | | 2,500.91 | 14,555.89 |
| 07/08/15 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $12,779.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 12,779.00 | 1,776.89 |
| 07/08/15 | 105 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $71.29, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 71.29 | 1,705.60 |
| 07/08/15 | 106 | Quantum3 Group LLC as agent for | Dividend paid 7.66% on $1,562.00; Claim# 1; Filed: $1,562.00; Reference: account ending 3473 | 7100-000 | | 119.68 | 1,585.92 |
| 07/08/15 | 107 | Credit First NA | Dividend paid 7.66% on $251.05; Claim# 2; Filed: $251.05; Reference: account ending 3489 | 7100-000 | | 19.23 | 1,566.69 |
| 07/08/15 | 108 | CAPITAL ONE, N.A. | Dividend paid 7.66% on $1,589.05; Claim# 3; Filed: $1,589.05; Reference:account ending 7129 | 7100-000 | | 121.74 | 1,444.95 |
| 07/08/15 | 109 | Capital One, N.A. | Dividend paid 7.66% on $1,162.91; Claim# 4; | 7100-000 | | 89.09 | 1,355.86 |

Subtotals : $25,009.14 $23,653.28

{} Asset reference(s)

Printed: 08/13/2015 12:50 PM V.13.23

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-28806-CD  
**Case Name:** LATO, FRANK G., III  

**Taxpayer ID #:** \*\*-\*\*\*2739  
**Period Ending:** 08/13/15  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*6566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $1,162.91; Reference:account ending 7019 | | | | |
| 07/08/15 | 110 | Santander Consumer USA Inc. | Dividend paid 7.66% on $6,513.55; Claim# 5; Filed: $6,513.55; Reference: account ending 8907 | 7100-000 | | 499.01 | 856.85 |
| 07/08/15 | 111 | Capital Recovery V, LLC | Dividend paid 7.66% on $2,532.02; Claim# 6; Filed: $2,532.02; Reference: account ending 8148 | 7100-000 | | 193.98 | 662.87 |
| 07/08/15 | 112 | Capital Recovery V, LLC | Dividend paid 7.66% on $1,025.07; Claim# 7; Filed: $1,025.07; Reference: account ending 9346 | 7100-000 | | 78.53 | 584.34 |
| 07/08/15 | 113 | Capital Recovery V, LLC | Dividend paid 7.66% on $6,606.60; Claim# 8; Filed: $6,606.60; Reference: Walmart account ending 9436 | 7100-000 | | 506.14 | 78.20 |
| 07/08/15 | 114 | Capital Recovery V, LLC | Dividend paid 7.66% on $328.15; Claim# 9; Filed: $328.15; Reference: Walmart account ending 3353 | 7100-000 | | 25.14 | 53.06 |
| 07/08/15 | 115 | American InfoSource LP as agent for | Dividend paid 7.66% on $692.55; Claim# 10; Filed: $692.55; Reference: account ending 0890 | 7100-000 | | 53.06 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 25,009.14 | 25,009.14 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 25,009.14 | 25,009.14 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,009.14** | **$17,509.14** | |

Net Receipts : 25,009.14  
Less Payments to Debtor : 7,500.00  
Net Estate : $17,509.14  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # \*\*\*\*\*\*6566** | 25,009.14 | 17,509.14 | 0.00 |
| | $25,009.14 | $17,509.14 | $0.00 |

{} Asset reference(s)